**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sta-Care Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**39-1759545** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**610 E. Albert Street**<br>**Portage, WI 53901**　ZIP CODE **53901-0000** | Street Address of Joint Debtor (No. & Street, City, and State):　ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Columbia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**POB 610**<br>**Portage, WI 53901**　ZIP CODE **53901-0000** | Mailing Address of Joint Debtor (if different from street address):　ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**　**Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

---

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**　*** Richard B. Jacobson 1004731 ***

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sta-Care Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sta-Care Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Richard B. Jacobson**<br>Signature of Attorney for Debtor(s)<br>**Richard B. Jacobson 1004731**<br>Printed Name of Attorney for Debtor(s)<br>**Law Offices of Richard B. Jacobson**<br>Firm Name<br>**44 E. Mifflin St.**<br>**Suite 802**<br>**Madison, WI 53703**<br>Address<br>**Email:rbj@rbjassociates.com**<br>**608-204-5990 Fax:608-204-5991**<br>Telephone Number<br>**June 24, 2011**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Steven G. Aldridge**<br>Signature of Authorized Individual<br>**Steven G. Aldridge**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**June 24, 2011**<br>Date | |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of Wisconsin

In re  **Sta-Care Inc.**  ,  
Debtor(s)

Case No.  
Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AB Distribution LLC**<br>**W140 N5980 Lilly Road**<br>**Menomonee Falls, WI 53051** | **AB Distribution LLC**<br>**W140 N5980 Lilly Road**<br>**Menomonee Falls, WI 53051** | | | **5,525.00** |
| **Alpine Plywood**<br>**12210 W. Silver Spring Road**<br>**Milwaukee, WI 53225** | **Alpine Plywood**<br>**12210 W. Silver Spring Road**<br>**Milwaukee, WI 53225** | | | **135,645.91** |
| **Amerhart LTD**<br>**POB 10097**<br>**Green Bay, WI 54307-0097** | **Amerhart LTD**<br>**POB 10097**<br>**Green Bay, WI 54307-0097** | | | **171,015.55** |
| **AOC LLC**<br>**15540 Collections Center Drive**<br>**Chicago, IL 60693** | **AOC LLC**<br>**15540 Collections Center Drive**<br>**Chicago, IL 60693** | | | **122,179.40** |
| **Barton Solvents Inc**<br>**POB 476**<br>**West Bend, WI 53095** | **Barton Solvents Inc**<br>**POB 476**<br>**West Bend, WI 53095** | | | **5,831.34** |
| **Boehm-Madison Lumber Co.**<br>**POB 906**<br>**Brookfield, WI 53008-0906** | **Boehm-Madison Lumber Co.**<br>**POB 906**<br>**Brookfield, WI 53008-0906** | | | **11,409.10** |
| **Fedex Freight**<br>**Dept CH**<br>**POB 10306**<br>**Palatine, IL 60055-0306** | **Fedex Freight**<br>**Dept CH**<br>**POB 10306**<br>**Palatine, IL 60055-0306** | | | **8,810.67** |
| **Isthmus Technology Solutions LLC**<br>**25 Blue Ridge Court**<br>**Madison, WI 53705-2521** | **Isthmus Technology Solutions LLC**<br>**25 Blue Ridge Court**<br>**Madison, WI 53705-2521** | | | **17,996.42** |
| **Jaeckle Distributors**<br>**POB 8490**<br>**Madison, WI 53708-8490** | **Jaeckle Distributors**<br>**POB 8490**<br>**Madison, WI 53708-8490** | | | **63,840.65** |
| **Lumber Dealers Service & Supply Co Corp**<br>**POB 215**<br>**Sussex, WI 53089-0215** | **Lumber Dealers Service & Supply Co Corp**<br>**POB 215**<br>**Sussex, WI 53089-0215** | | | **13,612.95** |
| **McMaster-Carr**<br>**POB 7690**<br>**Chicago, IL 60680-7690** | **McMaster-Carr**<br>**POB 7690**<br>**Chicago, IL 60680-7690** | | | **5,861.60** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sta-Care Inc.**  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Metro Hardwoods<br>NW 7827-04<br>Minneapolis, MN 55485-7627 | Metro Hardwoods<br>NW 7827-04<br>Minneapolis, MN 55485-7627 | | | 13,859.93 |
| Nap Tools LLC<br>75 Remittance Drive, Suite 6639<br>Chicago, IL 60675-6639 | Nap Tools LLC<br>75 Remittance Drive, Suite 6639<br>Chicago, IL 60675-6639 | | | 8,286.30 |
| Parksite, Inc.<br>6982 Pay Sphere Circle<br>Chicago, IL 60674 | Parksite, Inc.<br>6982 Pay Sphere Circle<br>Chicago, IL 60674 | | | 5,546.20 |
| RJ Marshall Company<br>135 S. Lasalle, Dept. 4038<br>Chicago, IL 60674-4038 | RJ Marshall Company<br>135 S. Lasalle, Dept. 4038<br>Chicago, IL 60674-4038 | | | 41,391.20 |
| Roseburg Forest Products<br>POB 952373<br>Saint Louis, MO 63135 | Roseburg Forest Products<br>POB 952373<br>Saint Louis, MO 63135 | | | 80,231.45 |
| Spectrum Adhesives, Inc.<br>POB 1000<br>Dept. 466<br>Memphis, TN 38148-0466 | Spectrum Adhesives, Inc.<br>POB 1000<br>Dept. 466<br>Memphis, TN 38148-0466 | | | 31,549.10 |
| V-T Industries Inc.<br>POB 3172<br>Omaha, NE 68103 | V-T Industries Inc.<br>POB 3172<br>Omaha, NE 68103 | | | 13,848.41 |
| VISA<br>4726 East Towne Blvd., Suite 260<br>Madison, WI 53704 | VISA<br>4726 East Towne Blvd., Suite 260<br>Madison, WI 53704 | | | 25,189.48 |
| Wisconsin DWD-UC<br>POB 7946<br>Madison, WI 53707-7946 | Wisconsin DWD-UC<br>POB 7946<br>Madison, WI 53707-7946 | | | 98,406.93 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 24, 2011**          Signature  **/s/ Steven G. Aldridge**  
                                                                            **Steven G. Aldridge**  
                                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AA Electric Co, Inc.
POB 676182
Dallas, TX 75267-6182

AB Distribution LLC
W140 N5980 Lilly Road
Menomonee Falls, WI 53051

Aetna Plywood Inc.
Lockbox 774315
4315 Solutions Center
Chicago, IL 60677-4003

Airgas North Central
POB 802588
Chicago, IL 60680-2588

Alpine Plywood
12210 W. Silver Spring Road
Milwaukee, WI 53225

Amercian Moistening Company
POB 1066
Pineville, NC 28134

Amerhart LTD
POB 10097
Green Bay, WI 54307-0097

American Fastener Systems
c/o Michael J. Morgan
4721 Wilmore Way
Cottage Grove, WI 53527

AOC LLC
15540 Collections Center Drive
Chicago, IL 60693

Applied Products Inc.
POB 46490
Eden Prairie, MN 55344-6490

Ash Equipment Company
155 Oswalr Avenue
Batavia, IL 60510

Aspen Family Counceling SC
2639 New Pinery Road, Suite 1
Portage, WI 53901

Automation Solucions Inc.
POB 610
Mequon, WI 53092

AutomationDirect.com, Inc.
POB 402417
Atlanta, GA 30384-2417

Badger Toyota Lift
POB 510041
New Berlin, WI 53151-0041

Baer Supply
909 Forest Edge Drive
Vernon Hills, IL 60061

Barton Solvents Inc
POB 476
West Bend, WI 53095

BDCH - Healthworks
707 S. University Ave
Beaver Dam, WI 53916-3027

BDCH-Healthworks
Attn: Kathy Wolfgang
707 S. University Ave
Beaver Dam, WI 53916

Best Defense Security & Fire
300 Moravian Valley Road
Waunakee, WI 53597

Boehm-Madison Lumber Co.
POB 906
Brookfield, WI 53008-0906

Bold Parts & Service Inc.
11933 12th Avenue South
Burnsville, MN 55337

Color Rite, Inc.
600 S. Ranchwood Blvd.
Yukon, OK 73099

Composites One LLC
135 S. LaSalle, Dept. 4526
Chicago, IL 60674-4526

Conney Safety Products
POB 44575
Madison, WI 53744-4575

Contact Rubber Corp
POB 97
Portage, WI 53901

Countryside Auto LLC
W11438 State Road Hwy 33
Portage, WI 53901

Countryside Auto's LLC Hobby
W11438 State Road 33
Portage, WI 53901

Crescent Electric Supply Co
POB 500
East Dubuque, IL 61025-4420

Dell Business Credit
POB 5275
Carol Stream, IL 60197-5275

Divine Savior Healthcare
POB 387
Portage, WI 53901-0387

Divine Savior Healthcare Inc
POB 387
Portage, WI 53901-0387

Econoprint Inc.
Attn: Accounts Receivable
330 Locust Drive
Verona, WI 53593

Elcoma Metal Fabricating Inc
521 Lawrence Road, NE
Canton, OH 44704

EMS Industrial, Inc.
4901 Prairie Dock Drive
Madison, WI 53718

Fedex Freight
Dept CH
POB 10306
Palatine, IL 60055-0306

FIA Card Services
POB 851001
Dallas, TX 75285-1001

Frontier
Acct No xxxxxx8512
POB 2951
Phoenix, AZ 85062-2951

Frontier
Acct No xxx-xxx-4839
POB 2951
Phoenix, AZ 85062-2951

```
Frontier
Acct No xxx-xxx-0409
POB 2951
Phoenix, AZ 85062-2951

Furey Filter and Pump, Inc.
N117 W19237 Fulton Drive
Germantown, WI 53022

Grainger
Dept. 805932050
Palatine, IL 60038-0001

Harder Corp.
5301 Verona Road
Madison, WI 53711

Industrial Towel Inc
POB 88479
Milwaukee, WI 53288-0479

Isthmus Technology Solutions LLC
25 Blue Ridge Court
Madison, WI 53705-2521

Jaeckle Distributors
POB 8490
Madison, WI 53708-8490

Jeff Dommeyer
1007 Wildbird Lane
Collierville, TN 38017

June Tamminga
N9196 Cty Road M
Cambria, WI 53923

Kampel Enterprises Inc
POB 157
Wellsville, PA 17365-0157

Kayser Ford, Inc.
Dept. 1265
POB 2153
Birmingham, AL 35287-1265

Konica Minolta Business Solutions USAInc
POB 790448
Saint Louis, MO 63179-0448

Lab Safety Supply Inc
POB 5004
Janesville, WI 53547-5004
```

```
Lakeland Supply Inc
N8 W22380 Johnson Drive
Waukesha, WI 53186

Lamin-Art
LBX 619724
POB 6197
Chicago, IL 60680-6197

Leitz Tooling Systems Inc
4301 East Paris S.E.
Grand Rapids, MI 49512-3980

Lift Truck Specialists Inc.
POB 549
Butler, WI 53007-0549

Lumber Dealers Service & Supply Co Corp
POB 215
Sussex, WI 53089-0215

M&I Bank
Attn: Laurie Mueller
1 West Main Street
Madison, WI 53703

Madison Truck Equipment Inc
2410 S. Stoughton Road
Madison, WI 53716-2898

McMaster-Carr
POB 7690
Chicago, IL 60680-7690

Metro Hardwoods
NW 7827-04
Minneapolis, MN 55485-7627

Midway Industrial Supply Inc
4759 Old Hwy 8
Moundsview, MN 55112

Miller, Brussell, Ebben & Glaeske LLC
POB 585
Portage, WI 53901

Motion Industries Inc
POB 98412
Chicago, IL 60693

MSC Industrial Supply Co Inc
POB 382070
Pittsburgh, PA 15250-8070
```

Nap Tools LLC
75 Remittance Drive, Suite 6639
Chicago, IL 60675-6639

National Casein Co
601 W. 80th Street
Chicago, IL 60620

Neff Engineering of WI, Inc.
Dept 6083
Carol Stream, IL 60122-6083

Nemesis Metals
POB 2303
Fond Du Lac, WI 54936-2303

Parksite, Inc.
6982 Pay Sphere Circle
Chicago, IL 60674

Paul Reilly Company
1967 Quincy Court
Glendale Heights, IL 60139

Phoenix Abrasives Inc
200 West 88th Street, Suite 8
Minneapolis, MN 55420

Pitney Bowes Global Financial
POB 371887
Pittsburgh, PA 15250-7887

Pomp's Tire Service Inc.
POB 1630
Green Bay, WI 54305-1630

Portage Diesel Inc.
1905 State Hwy 33
Portage, WI 53901

Portgage Lumber Company, Inc.
1009 E. Wisconsin Street
POB 425
Portage, WI 53901

Precision Coating Co., Inc.
58 McDonald Street
Dedham, MA 02026

Premier Industrial Supply Inc
23040 N. 11th Ave, Suite 112
Phoenix, AZ 85027

Primetime Communications
POB 081276
Racine, WI 53408-1276

Purchase Power
POB 371874
Pittsburgh, PA 15250-7874

Quad City Testing Lab, Inc.
21112 Scott Park Road
Davenport, IA 52804

Quill Corporation
POB 37600
Philadelphia, PA 19101-0600

Rehau Incorporated
POB 371222
Pittsburgh, PA 15251-7222

Rhyme Business Products
POB 338
Portage, WI 53901

RJ Marshall Company
135 S. Lasalle, Dept. 4038
Chicago, IL 60674-4038

Roseburg Forest Products
POB 952373
Saint Louis, MO 63135

SAFAS
2 Ackerman Avenue
Clifton, NJ 07011

Schaeffer's Mfg. Co.
Dept. 3518
POB 790100
Saint Louis, MO 63179-0100

Schoessow's Inc.
S.I. Feeders & Metals
N5820 Johnson Road
Portage, WI 53901

Sealed Air Corp
5687 Collections Center Drive
Chicago, IL 60693-5687

Skinner Leasing, Inc.
POB 438
Reedsburg, WI 53959

South Central Pallett
N8750 Currie Road
Portage, WI 53901

Spartech Plastics Inc.
91462 Collections Center Drive
Chicago, IL 60693

Spectrum Adhesives, Inc.
POB 1000
Dept. 466
Memphis, TN 38148-0466

Speedee Delivery Service
POB 1417
Saint Cloud, MN 56302-1417

St Mary's Dean Ventures Inc
POB 259598
Madison, WI 53725-9598

Staples Advantage
POB 83689
Chicago, IL 60696-3689

Steven Aldridge
610 East Albert Street
Portage, WI 53901

STS Gordon Engineering Div Inc.
POB 355
Lannon, WI 53046

Total Administrative Services
POB 7098
Madison, WI 53707-7098

Tri-Chem Corporation
POB 71550
Madison Heights, MI 48071-0550

United States Fire Protection Inc
2936 S. 166th Street
New Berlin, WI 53151

US Cellular
POB 0203
Palatine, IL 60055-0203

US Cellular
Acct No xxxx4974
POB 0203
Palatine, IL 60055-0203

US Cellular
Acct No xxxxx8625
POB 0203
Palatine, IL 60055-0203

V-T Industries Inc.
POB 3172
Omaha, NE 68103

Veolia inc.
Acct No xxxx3603
POB 6484
Carol Stream, IL 60197-6484

Veolia inc.
Acct No xxxx644-0
POB 6484
Carol Stream, IL 60197-6484

VISA
4726 East Towne Blvd., Suite 260
Madison, WI 53704

Walsh's Ace Hardware Inc.
2727 New Pinery Road
Portage, WI 53901

Ward & Kennedy Company
8324 W. Calumet Road
Milwaukee, WI 53224

Waste Management
POB 4648
Carol Stream, IL 60197-4648

Wisconsin DWD-UC
POB 7946
Madison, WI 53707-7946